ADRMOP, CLOSED, E-Filing, RELATE, STAYED

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:05-cv-02957-MHP

Lang v. Intel Corporation  
Assigned to: Hon. Marilyn H. Patel  
Cause: 15:15 Antitrust Litigation

Date Filed: 07/21/2005  
Jury Demand: Plaintiff  
Nature of Suit: 410 Anti-Trust  
Jurisdiction: Federal Question

**Plaintiff**

**Lawrence Lang**　　　　　　　　　represented by **Joseph M. Patane**  
Law Office of Joseph M. Patane  
2280 Union Street  
San Francisco, CA 94123  
415-563-7200  
Fax: 415-346-0679  
Email: jpatane@tatp.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Mario Nunzio Alioto**  
Trump Alioto Trump & Prescott LLP  
2280 Union Street  
San Francisco, CA 94123  
415-563-7200  
Fax: 415-346-0679  
Email: malioto@tatp.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Intel Corporation**　　　　　　　　represented by **Christopher B. Hockett**  
Bingham McCutchen LLP  
Three Embarcadero Center  
San Francisco, CA 94111-4067  
415-393-2000  
Fax: 415-393-2286  
Email: chris.hockett@bingham.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Joy K. Fuyuno**  
Bingham McCutchen LLP  
Three Embarcadero Center

San Francisco, CA 94111-4067
415-393-2000
Fax: 415-393-2286
Email: joy.fuyuno@bingham.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/20/2005 | 1 | COMPLAINT /issued summons against Intel Corporation ( Filing fee $ 250, receipt number 3374615.). Filed byLawrence Lang. (ga, COURT STAFF) (Filed on 7/20/2005) Additional attachment(s) added on 10/28/2005 (gba, COURT STAFF). (Entered: 07/21/2005) |
| 07/20/2005 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 11/10/2005. Case Management Conference set for 11/17/2005 10:00 AM.. Signed by Judge Maria-Elena James on 7/20/05. (Attachments: # 1 Standing Order# 2 Consent/Decline Form)(ga, COURT STAFF) (Filed on 7/20/2005) (Entered: 07/21/2005) |
| 07/20/2005 |  | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 7/20/2005) (Entered: 07/21/2005) |
| 07/27/2005 | 3 | ORDER RELATING CASES C 05-3028, C 05-2699, C 05-2700, C 05-2720, C 05-2721, C 05-2743, 05-2758, C 05-2813, C 05-2818, C 05-2823, C 05-2830, C 05-2831, C 05-2834, C 05-2858, C 05-2859, C05-2882, C 05-2897, C 05-2898, C 05-2916, and C 05-2957 to C 05-2669 MHP; Case reassigned to Judge Marilyn H. Patel for all further proceedings; Signed by Judge Marilyn Hall Patel on 7/27/2005. (awb, COURT-STAFF) (Filed on 7/27/2005) (Entered: 07/27/2005) |
| 07/28/2005 | 4 | NOTICE of Appearance by Joy K. Fuyuno (Fuyuno, Joy) (Filed on 7/28/2005) (Entered: 07/28/2005) |
| 08/17/2005 | 5 | STIPULATION *AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT* by Intel Corporation. (Hockett, Christopher) (Filed on 8/17/2005) (Entered: 08/17/2005) |
| 08/19/2005 | 6 | STIPULATION AND ORDER to continue filing date for defendant's response to complaint. Signed by Judge Marilyn Hall Patel on 8/19/05. (rbe, COURT STAFF) (Filed on 8/19/2005) (Entered: 08/19/2005) |
| 08/26/2005 | 7 | Statement of Facts *DEFENDANT INTEL CORPORATION'S FED. R. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS* filed byIntel Corporation. (Hockett, Christopher) (Filed on 8/26/2005) (Entered: 08/26/2005) |
| 10/20/2005 | 8 | CLERK'S NOTICE re: Failure to E-File and/or Failure to Register as an E-Filer re: #1 Complaint. (gba, COURT STAFF) (Filed on 10/20/2005) (Entered: 10/20/2005) |
|  |  |  |

| | | |
|---|---|---|
| 10/28/2005 | 9 | STIPULATION *AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO 28 U.S.C. SECTION 1407* by Intel Corporation. (Fuyuno, Joy) (Filed on 10/28/2005) (Entered: 10/28/2005) |
| 11/01/2005 | 10 | ORDER STAYING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 10/31/2005. (awb, COURT-STAFF) (Filed on 11/1/2005) (Entered: 11/01/2005) |
| 11/17/2005 | 11 | Letter from Joy K. Fuyuno re MDL Transfer Order of November 8, 2005. (Attachments: # 1 MDL Transfer Order)(Fuyuno, Joy) (Filed on 11/17/2005) (Entered: 11/17/2005) |
| 01/05/2006 | 12 | ORDER STATISTICALLY DISMISSING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 1/5/2006. (awb, COURT-STAFF) (Filed on 1/5/2006) (Entered: 01/05/2006) |
| 01/10/2006 | 13 | ORDER of Transfer by the Judicial Panel on Multidistrict Litigation to transfer case to USDC for the District of Delaware (In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717). (gba, COURT STAFF) (Filed on 1/10/2006) (Entered: 01/11/2006) |
| 01/11/2006 | 14 | Certified copy of transfer order, docket sheet along with the original case file sent to USDC for the District of Delaware (MDL - 1717). (gba, COURT STAFF) (Filed on 1/11/2006) (Entered: 01/11/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/17/2006 07:45:04 | | | |
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:05-cv-02957-MHP |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |