```
 1  BINGHAM McCUTCHEN LLP
    DAVID M. BALABANIAN (SBN 37368)
 2  CHRISTOPHER B. HOCKETT (SBN 121539)
    JOY K. FUYUNO (SBN 193890)
 3  Three Embarcadero Center
    San Francisco, California  94111-4067
 4  Telephone:  (415) 393-2000

 5  Attorneys for Defendant
    Intel Corporation
 6

 7
```

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE LANG, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | No. 05-2957<br><br>DEFENDANT INTEL CORPORATION'S FED. R. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS |

SF/21633123.1

DEFENDANT'S FED. RULE CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENTS

1  Pursuant to Rule 7.1, Federal Rules of Civil Procedure, the undersigned certifies
2  that there is no parent company and no publicly held entity that owns 10% or more of Intel.
3  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
4  than the named parties, there is no such interest to report.

5  DATED: August 26, 2005

6  BINGHAM McCUTCHEN LLP

8  By: /s/ *Joy K. Fuyuno*
9  Joy K. Fuyuno
   Attorneys for Defendant
10  Intel Corporation

SF/21633123.1

2

DEFENDANT'S FED. RULE. CIV. PROC. 7.1 AND CIVIL L.R. 3-16 DISCLOSURE STATEMENT