| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | DAVID M. BALABANIAN (SBN 37368) |
| 2 | CHRISTOPHER B. HOCKETT (SBN 121539) |
|   | JOY K. FUYUNO (SBN 193890) |
| 3 | Three Embarcadero Center |
|   | San Francisco, CA 94111-4067 |
| 4 | Telephone: (415) 393-2000 |
|   | Facsimile: (415) 393-2286 |
| 5 | |
|   | Attorneys for Defendant |
| 6 | Intel Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LAWRENCE LANG, on behalf of himself and all others similarly situated, | | No. C-05-2957-MHP |
| | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO 28 U.S.C. § 1407** |
| v. | | |
| INTEL CORPORATION, a Delaware corporation, | | |
| | Defendant. | |

WHEREAS, on July 20, 2005, Plaintiff filed the instant action in the Northern District of California ("Lang Action");

WHEREAS, on or about July 11, 2005, the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for pre-trial proceedings pursuant to 28 U.S.C. § 407 ("MDL Motion"), and the Lang Action has been identified as a related action subject to that motion;

SF/21642107.1

Case No. C 05-2957 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

| | |
|---|---|
| 1 | WHEREAS, on or about July 27, 2005, Judge Patel issued a Related Case Order |
| 2 | relating this case to an earlier filed case assigned to her, and canceling or staying certain but not |
| 3 | all dates, events and deadlines in the action; |
| 4 | WHEREAS, to date, a decision has not been rendered on the MDL Motion; |
| 5 | WHEREAS, the outcome of the MDL Motion will impact significantly the |
| 6 | schedule of this case; |
| 7 | THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2, |
| 8 | by and among counsel for Plaintiff Lang, and counsel for Defendant Intel Corporation, that any |
| 9 | events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure, including |
| 10 | the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal Rules of |
| 11 | Civil Procedure 16 and 26, and any deadlines established in any case management order |
| 12 | applicable to this case should be stayed pending the outcome of the aforementioned MDL |
| 13 | Motion; and |
| 14 | IT IS FURTHER STIPULATED by the aforementioned parties that if a case |
| 15 | management conference is rescheduled by the Court, the parties shall adjust the dates for any |
| 16 | conference, disclosures or reports required by the Local Rules or Federal Rules of Civil |
| 17 | Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26 |
| 18 | accordingly. |
| 19 | IT IS HEREBY STIPULATED. |
| 20 | Dated: October 28, 2005          TRUMP, ALIOTO, TRUMP & PRESCOTT |

By:  */s/ Mario N. Alioto*
Mario N. Alioto
Attorneys for Plaintiff
Lawrence Lang

| | | |
|---|---|---|
| 1 | Dated: October 28, 2005 | BINGHAM McCUTCHEN LLP |
| 2 | | |
| 3 | | By:           /s/ *Joy K. Fuyuno*           <br>Joy K. Fuyuno<br>Attorneys for Defendant |
| 4 | | Intel Corporation |

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SF/21642107.1                                    3                          Case No. C 05-2957 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

| | |
|---|---|
| 1 | **[PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MDL MOTION** |
| 2 | |
| 3 | Any events, dates or deadlines set by the Local Rules or Federal Rules of Civil |
| 4 | Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") |
| 5 | and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case |
| 6 | management order applicable to this case are hereby stayed pending the outcome of the motion |
| 7 | to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion"). |
| 8 | Upon the determination of the MDL Motion, if it is necessary for the Court to |
| 9 | reschedule a case management conference, the parties shall adjust the dates for any conference, |
| 10 | disclosures or reports required by the ADR Local Rules and Federal Rules of Civil Procedure 16 |
| 11 | and 26 accordingly. |
| 12 | The parties shall notify the Clerk of Court within 10 days of the decision on the |
| 13 | MDL Motion. |
| 14 | **IT IS SO ORDERED.** |
| 15 | Dated:_____ |
| 16 | Honorable Marilyn H. Patel<br>United States District Court Judge |

SF/21642107.1

Case No. C 05-2957 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES