**FILED**

NOV - 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  BINGHAM McCUTCHEN LLP
   DAVID M. BALABANIAN (SBN 37368)
2  CHRISTOPHER B. HOCKETT (SBN 121539)
   JOY K. FUYUNO (SBN 193890)
3  Three Embarcadero Center
   San Francisco, CA  94111-4067
4  Telephone:  (415) 393-2000
   Facsimile:  (415) 393-2286
5
   Attorneys for Defendant
6  Intel Corporation

7

8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12  LAWRENCE LANG, on behalf of himself and        No. C-05-2957-MHP
    all others similarly situated,
13                                                 **STIPULATION AND [PROPOSED]**
              Plaintiff,                           **ORDER TO STAY DATES, EVENTS**
14      v.                                         **AND DEADLINES PENDING THE**
                                                   **OUTCOME OF THE MOTION TO**
15  INTEL CORPORATION, a Delaware                  **TRANSFER AND COORDINATE OR**
    corporation,                                   **CONSOLIDATE PURSUANT TO**
16                                                 **28 U.S.C. § 1407**
              Defendant.
17

18

19              WHEREAS, on July 20, 2005, Plaintiff filed the instant action in the Northern

20  District of California ("Lang Action");

21              WHEREAS, on or about July 11, 2005, the plaintiffs in *Brauch, et al. v. Intel*

22  *Corp.*, No. C 05-2743 (BZ) (N. D. Cal., filed July 5, 2005), a related matter, moved before the

23  Judicial Panel on Multi-District Litigation ("MDL"), to transfer and coordinate or consolidate for

24  pre-trial proceedings pursuant to 28 U.S.C. § 407 ("MDL Motion"), and the Lang Action has

25  been identified as a related action subject to that motion;

26

SF/21642107.1                                                    Case No. C 05-2957 (MHP)

1         WHEREAS, on or about July 27, 2005, Judge Patel issued a Related Case Order

2  relating this case to an earlier filed case assigned to her, and canceling or staying certain but not

3  all dates, events and deadlines in the action;

4         WHEREAS, to date, a decision has not been rendered on the MDL Motion;

5         WHEREAS, the outcome of the MDL Motion will impact significantly the

6  schedule of this case;

7         THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-2,

8  by and among counsel for Plaintiff Lang, and counsel for Defendant Intel Corporation, that any

9  events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure, including

10  the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal Rules of

11  Civil Procedure 16 and 26, and any deadlines established in any case management order

12  applicable to this case should be stayed pending the outcome of the aforementioned MDL

13  Motion; and

14         IT IS FURTHER STIPULATED by the aforementioned parties that if a case

15  management conference is rescheduled by the Court, the parties shall adjust the dates for any

16  conference, disclosures or reports required by the Local Rules or Federal Rules of Civil

17  Procedure, including the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26

18  accordingly.

19         IT IS HEREBY STIPULATED.

20  Dated: October 28, 2005        TRUMP, ALIOTO, TRUMP & PRESCOTT

21

22                          By:_____ */s/ Mario N. Alioto*_____

                                  Mario N. Alioto

23                                   Attorneys for Plaintiff

                                   Lawrence Lang

24

25

26

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

1    Dated:  October 28, 2005                    BINGHAM McCUTCHEN LLP

2
                                                 By:_____/s/ Joy K. Fuyuno_____
3                                                           Joy K. Fuyuno
                                                      Attorneys for Defendant
4                                                        Intel Corporation

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SF/21642107.1                     3                      Case No. C 05-2957 (MHP)

STIPULATION AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES

**[PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MDL MOTION**

Any events, dates or deadlines set by the Local Rules or Federal Rules of Civil Procedure, including the Local Rules for Alternative Dispute Resolution ("ADR Local Rules") and Federal Rules of Civil Procedure 16 and 26, and any deadlines established in any case management order applicable to this case are hereby stayed pending the outcome of the motion to transfer and coordinate or consolidate pursuant to 28 U.S.C. § 1407 ("MDL Motion").

Upon the determination of the MDL Motion, if it is necessary for the Court to reschedule a case management conference, the parties shall adjust the dates for any conference, disclosures or reports required by the ADR Local Rules and Federal Rules of Civil Procedure 16 and 26 accordingly.

The parties shall notify the Clerk of Court within 10 days of the decision on the MDL Motion.

**IT IS SO ORDERED.**

Dated:_____        _____

Honorable Marilyn H. Patel
United States District Court Judge