| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| | DAVID M. BALABANIAN (SBN 37368) |
| 2 | CHRISTOPHER B. HOCKETT (SBN 121539) |
| | JOY K. FUYUNO (SBN 193890) |
| 3 | Three Embarcadero Center |
| | San Francisco, CA 94111-4067 |
| 4 | Telephone: (415) 393-2000 |
| | Facsimile: (415) 393-2286 |
| 5 | |
| | Attorneys for Defendant |
| 6 | Intel Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE LANG, on behalf of himself and all others similarly situated, | No. C-05-2957-MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT |
| v. | |
| INTEL CORPORATION, a Delaware corporation, | |
| Defendant. | |

IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR COUNSEL AS FOLLOWS:

Pursuant to Civil Local Rule 6-2, Plaintiff Lawrence Lang and Defendant Intel Corporation hereby stipulate that Intel Corporation's response to Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or, in the alternative, 45 days after any such motion has been denied. The parties request this extension of time to answer or otherwise respond because the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ)

1  (N.D. Cal., filed July 5, 2005), a related matter, have filed a petition to coordinate or consolidate
2  pre-trial proceedings per 28 U.S.C. Section 1407, and the above-styled action has been identified
3  as a related action to that petition.  As a result the outcome of the pending petition will impact
4  significantly the schedule of this case.
5        This is the first stipulation between the parties.  Because this litigation has just
6  begun, granting such a stipulation will not have any negative impact on the schedule of this case.
7  IT IS HEREBY STIPULATED.
   DATED:  August 11, 2005
8
9                                    Bingham McCutchen LLP
10
11
                                     By:    /s/ Joy K. Fuyuno
12                                          JOY K. FUYUNO
                                         Attorneys for Defendant
13                                         Intel Corporation

14  DATED:  August 16, 2005
15
16                                   Trump, Alioto, Trump and Prescott
17
18                                   By:    /s/ Mario N. Alioto
                                            MARIO N. ALIOTO
19                                       Attorneys for Plaintiff
                                            Lawrence Lang
20
21
22
23
24
25
26

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21630891.1

1
2            [~~PROPOSED~~] **ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE**
3            IT IS HEREBY ORDERED that Defendant Intel Corporation's response to
4 Plaintiff's complaint shall be due either 60 days after transfer of the above captioned case
5 pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section
6 1407, or, in the alternative, 45 days after any such motion has been denied.
7 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
8 Dated: August 19, 2005

                                              _____
                                              Honorable Marilyn H. Patel
                                              United States District Judge

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESPONSE DATE

SF/21630891.1