OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>**CLERK** | LOCKBOX 18<br>844 NORTH KING STREET<br>BOGGS FEDERAL BUILDING<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

January 17, 2006

TO:    Counsel of Record (See attached)

RE:    <u>IN RE INTEL CORPORATION, MDL 05-1717 JJF</u>

Dear Counsel:

    This is to advise you that a certified copy of the Conditional Multi-District Transfer Order was docketed in this court on 12/6/05.

    The following action has been transferred to the District of Delaware:

<u>Lang v. Intel Corp.</u>, C.A. No. 05-2957
USDC Delaware's civil action number 05-903 JJF

    The name and address of the Judge to whom this case has been assigned in this court is:

    The Honorable Joseph J. Farnan, Jr.
    United States Judge
    District of Delaware
    844 N. King St., Lockbox 27
    Wilmington, DE 19801

    Attorneys of record in Multi-District Litigation (MDL) cases, who are <u>not</u> members of the bar of this Court, will register for ECF on a case-by-case basis. Enclosed with this letter is a Registration Form. An original signed registration form should be submitted to the Clerk's Office to request an ECF account. After verification, a user ID and password will be provided. Registration will be valid for electronic filing and noticing in this case only.

    Additionally, a copy of the District of Delaware's Local Rules is available on our website at: www.ded.uscourts.gov.

    Any questions concerning the case management of this case should be directed to:

Deborah Krett
Case Manager to Judge Joseph J. Farnan, Jr.
(302) 573-6168

Thank you.

    Sincerely,
    PETER T. DALLEO, CLERK


    __/s/_____
    Monica Mosley
    Deputy Clerk

cc:   Honorable Joseph J. Farnan, Jr.
      Counsel on Attached Mailing List for 05-903 JJF